aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: 10/14/2026 9:30 AM

FILED
8/17/2026 12:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L009701
Calendar, X
39542431

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| ANNIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2026L009701 |
| | ) | |
| SOUTHWEST AIRLINES CO., | ) | |
| | ) | |
| Defendant. | ) | |

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, ANNIE JONES, by and through her attorneys, ANKIN LAW OFFICE LLC, and complaining of Defendant, SOUTHWEST AIRLINES CO. (hereinafter referred to as "SOUTHWEST"), states as follow:

1. On September 3, 2023 and at all relevant times herein, the Defendant, SOUTHWEST, was a corporation organized and existing under the laws of the State of Texas, and was duly authorized to transact business in the State of Illinois as a foreign corporation.

2. On September 3, 2024, Plaintiff, ANNIE JONES, was a fare-paying passenger aboard a plane operated by Defendant, SOUTHWEST that was making a connection at Chicago Midway International Airport located at 5700 South Cicero Avenue, City of Chicago, County of Cook, State of Illinois.

3. At the aforementioned time and place, Defendant, SOUTHWEST was a common carrier of passengers for hire, engaged in the business of transporting members of the public by commercial aircraft for a fee.

4. At all relevant times, the aircraft, its overhead storage bins, the baggage stowed therein, and the deplaning process were under the care, custody, control and supervision of Defendant, SOUTHWEST and its employees and agents.

5. While Plaintiff, ANNIE JONES, was in the process of deplaning the aircraft at Chicago Midway International Airport, a fellow passenger opened up the overhead storage bin above the Plaintiff.

6. When the overhead storage bin was opened, a piece of baggage stowed inside the bin dell from the overhead bin and struck the Plaintiff, ANNIE JONES, on the head.

7. At all relevant times, as a common carrier, Defendant, SOUTHWEST owed Plaintiff the highest degree of care consistent with the practical operation of its aircraft, including duties to safely stow and secure carry-on baggage, to guard its passengers against the foreseeable hazard of baggage falling from overhead bins, and to reasonably supervise and manage the deplaning of its passenger.

8. Notwithstanding these duties, Defendant, SOUTHWEST, by and through its employees and agents acting within the scope of their employment and agency, breached said duty by committing one or more of the following careless and negligent acts and/or omissions:

a. Failed to properly stow and secure carry-on baggage in the overhead bin so that it would not fall when the bin was opened;

b. Permitted the overhead bin to be overloaded, overpacked, or loaded in a manner that created a hazard of falling baggage;

c. Failed to warn Plaintiff and other passengers that the contents of the overhead bins may have shifted during flight and that caution should be exercised when opening the bins;

d. Failed to reasonably supervise and manage the deplaning process to prevent passengers from opening overhead bins in a manner that endangered other passengers;

e. Failed to protect Plaintiff from the reasonably foreseeable hazard of baggage falling from an overhead bin during deplaning;

f. Failed to adequately train and instruct its flight crew to safeguard passengers against the hazard of falling overhead baggage during deplaning; and

g. Was otherwise careless and negligent in the operation, management, supervision, and control of its aircraft and the deplaning of its passengers.

9. As a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions of Defendant, SOUTHWEST, the Plaintiff, ANNIE JONES, was struck on the head and sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff ANNIE JONES demands judgment against Defendant SOUTHWEST AIRLINES CO. in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus the costs of this suit, and such other and further relief as this Court deems just and proper.

Respectfully submitted,

ANKIN LAW OFFICE LLC

Geoffrey E. Jacobs

**Firm No. 35193**
**Ankin Law Office LLC**
***Attorneys for Plaintiff***
**10 North Dearborn Street, Suite 500**
**Chicago, IL 60602**
**(312) 600-0000**
**gjacobs@ankinlaw.com**