CSC

**null / ALL**
**Transmittal Number: 34849349**
**Date Processed: 08/20/2026**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ellen Cubitt<br>Southwest Airlines Co.<br>2702 Love Field Dr<br>Dallas, TX 75235-1908 |
| **Electronic copy provided to:** | Ashley Cole<br>Dedra McGrew<br>Chrishawn Booker<br>Teri Lambert<br>Angela Mayeux<br>Crysten Mosher |

| | |
|---|---|
| **Entity:** | Southwest Airlines Co.<br>Entity ID Number 0542758 |
| **Entity Served:** | Southwest Airlines Co. |
| **Title of Action:** | Annie Jones vs. Southwest Airlines Co. |
| **Matter Name/ID:** | Annie Jones vs. Southwest Airlines Co. (19790562) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2026L009701 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 08/20/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Ankin Law Office LLC<br>312-600-0000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com